[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-14245
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 14, 2009
THOMAS K. KAHN
CLERK

D.C. Docket No. 07-00259-CR-W-N

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK MYRON LLOYD,
a.k.a. Rashad Abdul Hamid,
a.k.a. Darryl Cunningham,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

(September 14, 2009)

Before BARKETT, PRYOR and ANDERSON, Circuit Judges

PER CURIAM:

Joseph Van Heest, appointed counsel for Derrick Myron Lloyd in this direct

criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  On May 15, 2009, we denied without prejudice counsel's motion, ordering counsel to file transcripts of the <u>voir dire</u> and jury selection proceedings.  Following our May 15, 2009 order, counsel has demonstrated that he had already filed these transcripts before the issuance of our May 15, 2009 order.  Consequently, we **VACATE** our May 15, 2009 order and consider the merits of counsel's motion to withdraw.  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lloyd's conviction and sentence are **AFFIRMED**.  Lloyd's motions for appointment of replacement counsel, and permission to file a second brief in case of inadvertent omissions from his first brief, are **DENIED AS MOOT**.